IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LABRANDON BROWN | Case No.: 4:24-CR-22-CDL-MSH-1 |

## ORDER

Defendant was indicted on September 11, 2024, Doc. 1, and arraigned on December 5, 2024, Doc. 9. A Pretrial Conference is currently scheduled for January 9th, 2025. The parties jointly request a continuance to the Court's September 2025 jury trial term. Specifically, the Government will need to furnish discovery and Defendant will need time to review discovery, engage in plea negotiations, and discuss the government's case in chief.

IT IS HEREBY ORDERED that the above-referenced matter be continued to term of Court set for September 2025, and that the Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) be extended to that time. The Court finds that the ends of justice served by granting of this continuance outweigh the best interests of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C. §§ 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial deadline under the Speedy Trial Act.

SO ORDERED, this 2nd day of January, 2025.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA