**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>   v.<br><br>**LABRANDON BROWN,**<br>   **Defendants.** | **CASE NO: 4:24-CR-22 (CDL)** |

**ORDER**

      Defendant was indicted on September 11, 2024, Doc. 1, and arraigned on December 5, 2024, Doc. 13. A Pretrial Conference is currently scheduled for August 5, 2025, with trial scheduled during the Court's September jury trial term. The parties jointly request a continuance of both the pretrial conference and the trial.  Specifically, the Government will need to furnish a plea offer and Defendant will need time to review discovery, enter plea negotiations, and discuss the government's case in chief.

      IT IS HEREBY ORDERED that the above-reference matter be continued to the jury trial term scheduled to begin **December 1, 2025**.  A pretrial conference will be held prior to that trial term with notice to the parties.  The Speedy Trial deadline for the trial in this matter imposed by 18 U.S.C. § 3161(c)(1) shall be extended through the December 2025 jury trial term. The Court finds that the ends of justice served by granting of this continuance outweigh the best interest of the public and the Defendant in a speedy trial because a failure to grant such continuance could result in a miscarriage of justice and would deny counsel for the Defendant and Government the reasonable time necessary for effective preparation. 18 U.S.C § 3161(h)(7)(A)-(B). The delay occasioned by this continuance shall not be considered in calculating the speedy trial under the Speedy Trial Act.

SO ORDERED, this 31st day of July, 2025.

                                                S/Clay D. Land
                                                CLAY D. LAND
                                                U.S. DISTRICT COURT JUDGE
                                                MIDDLE DISTRICT OF GEORGIA

Case 4:24-cr-00022-CDL-CHW   Document 29   Filed 07/31/25   Page 2 of 2